United States District Court
Southern District of Texas

**ENTERED**

June 03, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JESSICA A. SCOGGINS, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-955 |
| | § | |
| LELAND DUDEK, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

On May 2, 2025, this case was referred to United States Magistrate Judge Dena Hanovice Palermo for all pretrial purposes. (Dkt. 8). Judge Palermo filed a Report and Recommendation on May 12, 2026 recommending that Plaintiff's motion for attorney's fees and expenses under the Equal Access to Justice Act ("EAJA") be granted. (Dkt. 17).

No objections have been filed to the Report and Recommendation. Accordingly, the Court reviews the Report and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)    Judge Palermo's Report and Recommendation (Dkt. 17) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2)    Plaintiff's motion for attorney's fees and expenses under the EAJA (Dkt. 15) is **GRANTED**; and

(3)     Defendant will pay Plaintiff $8,012.66 in EAJA fees and $405.00 in costs in accordance with Judge Palermo's Report and Recommendation.

It is so **ORDERED**.

SIGNED at Houston, Texas on June 3, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

2